**Order entered May 7, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00312-CV

### LARRY D. TOLIVER, Appellant

### V.

### PATSY RUTH ANTWINE-TOLIVER, Appellee

**On Appeal from the 382nd Judicial District Court
Rockwall County, Texas
Trial Court Cause No. 1-12-379**

## ORDER

We **GRANT** appellant's April 26, 2013 motion for an extension of time to file a brief.

Appellant shall file his brief on or before May 30, 2013.

/s/  CAROLYN WRIGHT
    CHIEF JUSTICE